PROB 35  
Rev. 5/01

Report and Order Terminating Probation /  
Supervised Release  
Prior to Original Termination Date

FILED  
U.S. DISTRICT COURT  
BRUNSWICK DIV.

2008 FEB -8 AM 8:58

CLERK _____  
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

UNITED STATES OF AMERICA

V.     CR207-00040-001

Ronnie Lee Searles

On November 13, 2007, the above-named was placed on probation for a period of twelve months. He has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Ronnie Lee Searles be discharged from probation.

Respectfully submitted,

_____  
Philip J. Lyons  
United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this 8th Day of February, 2008.

_____  
James E. Graham  
United States Magistrate Judge